**THOMAS P. RILEY, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

JS-6

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KHUNHATAI BANGBOR, et al., <br><br> Defendants. | CASE NO. 2:12-cv-10234-WDK-PLA <br><br> **JUDGMENT** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirty Thousand Dollars ($30,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc. and against KHUNHATAI BANGBOR, individually and d/b/a ROONG FAH RESTAURANT, *only*.

///
///
///
///
///

**STIPULAT:ED JUDGMENT**
**CASE NO. 2:12-cv-10234-WDK-PLA**
Page 1

1   The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said
2   judgment and further request that this Honorable Court enter the requested and stipulated judgment
3   only in the event of default of the Parties' settlement agreement and written notification of same to
4   this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____     Dated: November 7, 2014
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**